# United States Bankruptcy Court
## Southern District of New York

In re   244/246 Holdco LLC                                                    Case No.   23-10797
                                        Debtor(s)                             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   5/19/2023                           /s/ Joseph Nabavi
                                            244-246 Members LLC/Managing Member
                                            Signer/Title   Joseph Nabavi, authorized signatory

```
244 246 W 18 SME LLC
200 PARK AVENUE
NEW YORK NY 10016


DAVID G. MOSS
DUANE MORRIS LLP
1540 BROADWAY
NEW YORK NY 10036


ERAN SILVERBERG
C/O SME CAPITAL VENTURES LLC
200 PARK AVENUE
NEW YORK NY 10016


GOLDBERG WEPRIN FINKEL ET AL.
125 PARK AVENUE, 12TH FLOOR
ATTN: STEVEN R. UFFNER
NEW YORK NY 10017


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OP
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


NYC DEPT OF FINANCE
59 MAIDEN LANE, 28TH FLOOR
NEW YORK NY 10038-5465


NYC LAW DEPARTMENT
CORPORATE COUNSEL
100 CHURCH STREET
NEW YORK NY 10007-2668


NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK NY 10271-0002


NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY NY 12205-0300


SPERRY RE CAPITAL
1270 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK NY 10020
```

```
US ATTORNEYS OFFICE
86 CHAMBERS STREET, 3RD FL
NEW YORK NY 10007-2632
```